# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIYE TESFAYE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:20-cv-10555-PD<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $3,790.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　March 23, 2022

　　　　　　　　　　　　　　　*Patricia Donahue*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE PATRICIA DONAHUE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |      /s/  *Lawrence D. Rohlfing*
  | BY: _____
4 |      Lawrence D. Rohlfing
  |      Attorney for plaintiff Abiye Tesfaye
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26